**First National Collection Bureau, Inc.**
610 Waltham Way • Sparks, NV 89434
(800) 824-6191

Dept. # 21377
PO Box 1259
Oaks, PA 19456

ADDRESS SERVICE REQUESTED

April 10, 2012

Office Hours: Mon. - Fri. 6 a.m. - 6 p.m.,
Sat. 6 a.m. - 12 noon
Pacific Standard Time



AARON MEISELS
1650 44TH ST
BROOKLYN NY 11204-1048

21298 - 10210

**Please remit all correspondence to the above address**

Creditor: FIRST FINANCIAL INVESTMENT
Original Creditor: HSBC Card Services, Inc.
Original Account #: 5466410006187154
Ref #: 041419178
Total Due: $13,866.36

This is to advise you that your delinquent account has been assigned to our office for collection by the above mentioned client. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion of it, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

In order to aid your financial situation, as may be necessary, we could set up your account on a monthly payment plan.

We would like to extend the following settlement offer:

A 40% discount payable in 6 payments of $1,386.64. Each payment within 30 days of the previous payment.

We are not obligated to renew this offer.

For your convenience you may pay via a check over the phone or credit card.

You have our word that your account executive will treat you fairly and with respect.

Sincerely,
Mayra Garcia
First National Collection Bureau, Inc.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

---

IF PAYING BY VISA, MASTERCARD, OR DISCOVER, COMPLETE BELOW

☐ VISA    ☐ MASTERCARD    ☐ DISCOVER

CARD NUMBER
SIGNATURE                 MUST INCLUDE SECURITY CODE FROM BACK OF CARD
                          EXPIRATION DATE    AMOUNT
PRINTED NAME
                          I AUTHORIZE CREDIT CARD PAYMENT FOR AMOUNT SHOWN BELOW

**For your convenience, if you would like to make your payment online, visit our website at www.fncbinc.com.**

Payment by Credit Cards - Transaction Fees
MasterCard and Visa: $5.00 per $150.00

---

**Detach Coupons And Mail Payment**

| 1 OF 6 | 2 OF 6 | 3 OF 6 |
|---|---|---|
| Ref #: 041419178 | Ref #: 041419178 | Ref #: 041419178 |
| MAIL PAYMENT TO: | MAIL PAYMENT TO: | MAIL PAYMENT TO: |
| FNCB INC. | FNCB INC. | FNCB INC. |
| PO BOX 51660 | PO BOX 51660 | PO BOX 51660 |
| SPARKS, NV 89435 | SPARKS, NV 89435 | SPARKS, NV 89435 |
| PAYMENT AMT - $1,386.64 | PAYMENT AMT - $1,386.64 | PAYMENT AMT - $1,386.64 |
| DETACH COUPONS AND MAIL PAYMENT | DUE: 30 DAYS AFTER 1ST PAYMENT | DUE: 30 DAYS AFTER 2ND PAYMENT |
| | DETACH COUPONS AND MAIL PAYMENT | DETACH COUPONS AND MAIL PAYMENT |
| **4 OF 6** | **5 OF 6** | **6 OF 6** |
| Ref #: 041419178 | Ref #: 041419178 | Ref #: 041419178 |
| MAIL PAYMENT TO: | MAIL PAYMENT TO: | MAIL PAYMENT TO: |
| FNCB INC. | FNCB INC. | FNCB INC. |
| PO BOX 51660 | PO BOX 51660 | PO BOX 51660 |
| SPARKS, NV 89435 | SPARKS, NV 89435 | SPARKS, NV 89435 |
| PAYMENT AMT - $1,386.64 | PAYMENT AMT - $1,386.64 | PAYMENT AMT - $1,386.64 |
| DUE: 30 DAYS AFTER 3RD PAYMENT | DUE: 30 DAYS AFTER 4TH PAYMENT | DUE: 30 DAYS AFTER 5TH PAYMENT |
| DETACH COUPONS AND MAIL PAYMENT | DETACH COUPONS AND MAIL PAYMENT | DETACH COUPONS AND MAIL PAYMENT |

21298-B66-10210

# First National Collection Bureau, Inc.
610 Waltham Way • Sparks, NV 89434
(800) 824-6191

April 10, 2012

Office Hours: Mon. - Fri. 6 a.m. - 6 p.m.,
Sat. 6 a.m. - 12 noon
Pacific Standard Time

**Please remit all correspondence to the above address**

Dept. # 21377
PO Box 1259
Oaks, PA 19456

ADDRESS SERVICE REQUESTED



RAIZEL MEISELS
1650 44TH ST
BROOKLYN NY 11204-1048

21298 - 14953

Creditor: FIRST FINANCIAL INVESTMENT
Original Creditor: HSBC Card Services, Inc.
Original Account #: 5491098617327670
Ref #: 041435740
Total Due: $8,541.10

This is to advise you that your delinquent account has been assigned to our office for collection by the above mentioned client. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion of it, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

In order to aid your financial situation, as may be necessary, we could set up your account on a monthly payment plan.

We would like to extend the following settlement offer:

A 40% discount payable in 6 payments of $854.11. Each payment within 30 days of the previous payment.

We are not obligated to renew this offer.

For your convenience you may pay via a check over the phone or credit card.

You have our word that your account executive will treat you fairly and with respect.

Sincerely,

Mayra Garcia
First National Collection Bureau, Inc.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

**IF PAYING BY VISA, MASTERCARD, OR DISCOVER, COMPLETE BELOW**

☐ VISA   ☐ MASTERCARD   ☐ DISCOVER

CARD NUMBER
SIGNATURE
PRINTED NAME

MUST INCLUDE SECURITY CODE FROM BACK OF CARD
EXPIRATION DATE | AMOUNT
I AUTHORIZE CREDIT CARD PAYMENT FOR AMOUNT SHOWN BELOW

**For your convenience, if you would like to make your payment online, visit our website at www.fncbinc.com.**

Payment by Credit Cards - Transaction Fees
MasterCard and Visa: $5.00 per $150.00

---

**Detach Coupons And Mail Payment**

| 1 OF 6 | 2 OF 6 | 3 OF 6 |
|---|---|---|
| Ref #: 041435740 | Ref #: 041435740 | Ref #: 041435740 |
| MAIL PAYMENT TO: | MAIL PAYMENT TO: | MAIL PAYMENT TO: |
| FNCB INC. | FNCB INC. | FNCB INC. |
| PO BOX 51660 | PO BOX 51660 | PO BOX 51660 |
| SPARKS, NV 89435 | SPARKS, NV 89435 | SPARKS, NV 89435 |
| PAYMENT AMT - $854.11 | PAYMENT AMT - $854.11 | PAYMENT AMT - $854.11 |
| DETACH COUPONS AND MAIL PAYMENT | DUE: 30 DAYS AFTER 1ST PAYMENT | DUE: 30 DAYS AFTER 2ND PAYMENT |
| | DETACH COUPONS AND MAIL PAYMENT | DETACH COUPONS AND MAIL PAYMENT |

| 4 OF 6 | 5 OF 6 | 6 OF 6 |
|---|---|---|
| Ref #: 041435740 | Ref #: 041435740 | Ref #: 041435740 |
| MAIL PAYMENT TO: | MAIL PAYMENT TO: | MAIL PAYMENT TO: |
| FNCB INC. | FNCB INC. | FNCB INC. |
| PO BOX 51660 | PO BOX 51660 | PO BOX 51660 |
| SPARKS, NV 89435 | SPARKS, NV 89435 | SPARKS, NV 89435 |
| PAYMENT AMT - $854.11 | PAYMENT AMT - $854.11 | PAYMENT AMT - $854.11 |
| DUE: 30 DAYS AFTER 3RD PAYMENT | DUE: 30 DAYS AFTER 4TH PAYMENT | DUE: 30 DAYS AFTER 5TH PAYMENT |
| DETACH COUPONS AND MAIL PAYMENT | DETACH COUPONS AND MAIL PAYMENT | DETACH COUPONS AND MAIL PAYMENT |



21298-B86-14953