UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

AARON MEISELS and RAIZEL MEISELS         1:13-cv-00313-ILG-VMS
on behalf of themselves and
all other similarly situated consumers

                                Plaintiffs,

        -against-


FIRST NATIONAL COLLECTION BUREAU INC.

                               Defendant.

_____

**SUMMONS IN A CIVIL ACTION**


TO:    FIRST NATIONAL COLLECTION BUREAU INC.
        610 WALTHAM WAY
        MCCARRAN, NV 89434-6695

        **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

        Maxim Maximov, Esq.
        Maxim Maximov, LLP
        1600 Avenue M, 2nd Floor
        Brooklyn, New York 11230

an answer to the complaint which is herewith served upon you, with **21** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.


  Douglas C. Palmer                                          January 18, 2013
_____              _____
CLERK                                                            DATE


  Marc V. Brown
_____
BY DEPUTY CLERK